UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-40336 |
|---|---|
| 　　RALPH D. ROOT JR. | 　　　　(Chapter 13) |
| 　　JOYCE A. ROOT | |
| 　　　　　　　　　　Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4100038**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 15/ 37 | AFNI VERIZON WIRELESS<br>404 BROCK DRIVE<br>BLOOMINGTON, IL  61701 | 39.14 |

　　　　　　　　　　　　　　　/s/ Jeffrey M. Kellner
　　　　　　　　　　　　　　　Jeffrey M. Kellner  0022205
　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　131 N LUDLOW ST   SUITE 900
　　　　　　　　　　　　　　　DAYTON, OH  45402-1161
　　　　　　　　　　　　　　　(937)222-7600   Fax (937)222-7383
　　　　　　　　　　　　　　　email: chapter13@dayton13.com

　　　　　　　　　　　　　　　Dated: 9/16/2011

Case 3:05-bk-40336 Doc 92 Filed 09/16/11 Entered 09/16/11 08:50:00 Desc Main
Document Page 2 of 2

Certificate of Service 05-40336

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

RALPH D. ROOT JR.
JOYCE A. ROOT
4057 WHITESTONE CT.
TROTWOOD, OH 45416-1808

BRIAN C PETROZIELLO
1 MAPLE ST
TROTWOOD, OH 45426

(37.1)
AFNI VERIZON WIRELESS
404 BROCK DRIVE
BLOOMINGTON, IL 61701

(42.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ 07193

(39.1n)
FORD MOTOR CREDIT CO
BOX 537901
LIVONIA, MI 48153

(41.1n)
KEY HOME EQUITY SERVICES
1120 SOUTH CAPITAL OF TEXAS HY
BUILDING 3 SUITE 150
AUSTIN, TX 78746

(43.1n)
SELECT PORTFOLIO SERVICING
1270 NORTHLAND DR. STE 200
MENDOTA, HEIGHTS, MN 55120

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv

0540336_42_20110916_0812_278/T317_sv